Argued May 25, affirmed May 25, 1973

STATE OF OREGON, *Respondent, v.* ROBERT
RICHARD HUTCHINSON   (No. 41876),
*Appellant.*

510 P2d 359

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him
on the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thorn-
ton, Judges.